

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00805-CV

**IN THE INTEREST OF M.C.**, M.C., M.C., M.C., and M.C., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02868
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Father or appellant Mother because they are indigent.

SIGNED May 18, 2015.

_____
Marialyn Barnard, Justice